FILED
8/31/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

PATRICIA MITCHELL,

Plaintiff,

vs.

Civil Action No. 1:26-cv-00683-RDA-IDD

USAA FEDERAL SAVINGS BANK,

Defendant.

**NOTICE OF WAIVER OF ORAL ARGUMENT**

PLEASE TAKE NOTICE that pursuant to **Local Civil Rule 7 of the United States District Court for the Eastern District of Virginia**, Plaintiff **Patricia Mitchell**, proceeding **pro se**, hereby waives oral argument on Plaintiff's **Motion for Leave of Court to File a Sur-Reply in Opposition to Defendant's Motion to Dismiss the Fourth Amended Complaint**, together with the accompanying Memorandum of Law and proposed Sur-Reply.

Plaintiff respectfully requests that the Court consider and decide the Motion for Leave on the papers submitted, without requiring oral argument, unless the Court determines that a hearing would assist in resolving the Motion.

Respectfully submitted,

/s/ Patricia Mitchell
Patricia Mitchell *Patricia Mitchell*
Pro Se Plaintiff
509 Old Lime Place
Sandston Virginia 23150
wells14310@gmail.com
919-943-7275

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2026, I electronically filed the foregoing **Notice of Waiver of Oral Argument** using the CM/ECF system, which will send notification of such filing to all counsel of record.

Alyssa L. Szymczyk, Esq. (VSB No. 89816)
Hinshaw & Culbertson LLP 700 12th Street NW, Suite 700
Washington, DC 20005
Tel: (202) 979-5284
Fax: (212) 935-1166
aszymczyk@hinshawlaw.com
*Counsel for Defendant USAA Federal Savings Bank*

Respectfully submitted,

/s/ Patricia Mitchell
Patricia Mitchell Patricia Mitchell
Pro Se Plaintiff
509 Old Lime Place
Sandston Virginia 23150
wells14310@gmail.com
919-943-7275

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF VIRGINIA**

**ALEXANDRIA DIVISION**

---

PATRICIA MITCHELL, Pro Se Litigant Plaintiff

v. Civil Action No. 1:26-cv-00683-IDD

USAA FEDERAL SAVINGS BANK, Defendant

**LOCAL RULE 83.1 (N) CERTIFICATION**

**I declare under penalty of perjury that:**

**No attorney has prepared or assisted in the preparation of NOTICE OF WAIVER OF ORAL ARGUMENT**

Name of *Pro Se* Party (Print or Type)

Patricia Mitchell Patricia Mitchell

Signature of *Pro Se* Party

/s/ Patricia Mitchell

Executed on: August 31, 2026

**OR**

**The following attorney(s) prepared or assisted me in preparation of ________________________________.**

**(Title of Document)**

________________________________

(Name of Attorney)

________________________________

(Address of Attorney)

____________________________________

(Telephone Number of Attorney)

Prepared, or assisted in the preparation of, this document.

____________________________________

(Name of *Pro Se* Party (Print or Type)

____________________________________

Signature of *Pro Se* Party

Executed on: _________________________(Date)